**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ALEX SANCHEZ,

        Plaintiff,

v.                                   Case No:  6:17-cv-535-Orl-40JRK

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER

This cause is before the Court on Plaintiff's appeal of the Commissioner of the

Social Security Administration's final decision denying Plaintiff's claim for supplemental

security income (Doc. 18) filed on July 31, 2017. The United States Magistrate Judge has

submitted a report recommending that the Commissioner's final decision be reversed and

remanded for further administrative proceedings.

After an independent *de novo* review of the record in this matter, and noting that

no objections were timely filed, the Court agrees entirely with the findings of fact and

conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed January 30, 2018 (Doc. 20), is

**ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The Clerk of Court is **DIRECTED** to enter judgment pursuant to sentence

four of 42 U.S.C. § 405(g), as incorporated by § 1393(c)(3), **REVERSING** the

Commissioner's final decision and **REMANDING** this matter with the following instructions:

(A)  Reevaluate the severity of Plaintiff's limitations in the functional areas of social functioning and activities of daily living;

(B)  Reevaluate, if appropriate, whether Plaintiff's impairments meet or medically equal Listing 11.18 (as evaluated under Listing 12.02), Listing 12.04, and Listing 12.06;

(C)  Reevaluate, if appropriate, Plaintiff's residual functional capacity; and

(D)  Take such other action as may be necessary to resolve this matter properly.

3.  The Clerk is further **DIRECTED** to terminate any pending motions and close the file.

4.  Plaintiff's counsel is advised that, in the event benefits are awarded on remand, any § 406(b) fee application shall be filed within the parameters set forth by the Order entered in Case No. 6:12-mc-124-Orl-22 (In Re: Procedures for Applying for Attorney's Fees Under 42 U.S.C. § 406(b)).

**DONE AND ORDERED** in Orlando, Florida on February 14, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

2