**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ALEX SANCHEZ,

        Plaintiff,

v.                                    Case No: 6:17-cv-535-Orl-40JRK

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

## ORDER

This cause is before the Court on Plaintiff's Unopposed Motion for Attorney's Fees Under the Equal Access to Justice Act (Doc. 23) filed on May 8, 2018. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 14, 2018 (Doc. 24), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Unopposed Motion for Attorney's Fees Under the Equal Access to Justice Act (Doc. 23) is **GRANTED** to the extent that the Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiff and against Defendant for attorneys' fees in the amount of **$6,870.95** pursuant to 28 U.S.C. § 2412(d).

3. The Motion is otherwise **DENIED**.

4. The Commissioner of Social Security may exercise her discretion to honor Plaintiff's assignment of fees to counsel if the U.S. Department of Treasure determines that Plaintiff does not owe a debt to the U.S. Government.

**DONE AND ORDERED** in Orlando, Florida on June 1, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties